IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAY WILLIAMS                                                                      PLAINTIFF
# 2300216

V.                         CASE NO. 4:24-cv-608 JM

US COURT                                                   DEFENDANTS

## ORDER

Plaintiff Jay Williams's complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*, and his mail has been returned undeliverable. (Doc. 2); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE