# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAY WILLIAMS**                                                                  **PLAINTIFF**
**# 2300216**

**V.**                           **CASE NO. 4:24-cv-608 JM**

**US COURT**                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE